**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RAIDER-DENNIS AGENCY, INC., et al,<br><br>　　　　　Defendants. | **Civ. No. 2:07-cv-15324**<br>**consolidated with**<br>**Civ. No. 2:08-cv-11562**<br><br>**Honorable Stephen J. Murphy, III**<br>**Honorable Mona K. Majzoub** |

**JOINT STATEMENT OF RESOLVED AND UNRESOLVED ISSUES**
**REGARDING ROSEN AND ROSEN TRUST'S MOTION TO COMPEL**

　　Pursuant to the Court's Order for Submission and Determination of Motion Without Oral Hearing dated November 18, 2009 (Docket No. 51), the parties, including Robert Rosen, Frank J. Ellias (collectively, "the Rosen Parties"), Phoenix Life Insurance Company, and PHL Variable Insurance Company (collectively, "Phoenix"), hereby state the following resolved and unresolved issues relating to Rosen and Rosen Trust's Motion to Deem Admitted Requests for Admission and to Compel Plaintiffs' Answers to First Set of Interrogatories and Requests for Production of Documents dated October 30, 2009 (Docket No. 46):

　　1.　　The Rosen Parties' Requests for Admission Nos. 1 and 2 are both still at issue. The parties dispute whether Phoenix's responses and objections were timely served, whether the objections have merit, and whether the requests should be deemed admitted. These issues are unresolved.

2. The Rosen Parties' Document Requests Nos. 1 through 20 are all still at issue.

   a. The parties dispute whether Phoenix's objections were timely served. This issue remains unresolved.

   b. The parties dispute whether Phoenix's objections to Document Requests Nos. 1-12 and 14-17 have merit. This issue remains unresolved.

   c. Phoenix takes the position that compulsion is not in order because Phoenix had already agreed to produce documents, subject to its objections, responsive to Document Requests Nos. 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 15, and 17. The Rosen Parties disagree and believe that compulsion is still necessary. This dispute remains unresolved.

3. The Rosen Parties' Interrogatories Nos. 1 through 12 are all still at issue.

   a. The parties dispute whether Phoenix's objections and answers were timely served. This issue remains unresolved.

   b. The parties dispute whether Phoenix's objections to Interrogatories Nos. 9-10 have merit. This dispute remains unresolved.

   c. Phoenix takes the position that it has provided answers to all twelve of the Interrogatories and that the Rosen Parties have not specified additional information that has been improperly withheld. This issue remains unresolved.

4. The Rosen Parties' Notice of Rule 30(b)(6) Depositions of both Phoenix entities is still in issue. Phoenix moved separately for a protective order regarding those depositions. This issue remains unresolved.

DATED:  December 4, 2009                                   Respectfully submitted,

Ellias & Elias, P.C.                                                  CLARK HILL PLC

By:  /s/ Christine R. Essique                                By:  /s/ Matthew R. Rechtien
Christine R. Essique (P47266)                            James Brenner (P11178)
33493 West Fourteen Mile Road                         Matthew R. Rechtien (P71271)
Suite 80                                                                500 Woodward Avenue, Suite 3500
Farmington Hills, MI 48331                                Detroit, Michigan 48226
cressique@e3pc.net                                            (313) 965-8300
Attorneys for Defendants/                                   jbrenner@clarkhill.com
Counter-Plaintiffs                                                  Attorneys for Plaintiffs/Counter-Defendants


EDISON, MCDOWELL & HETHERINGTON LLP

Thomas F.A. Hetherington*
(Texas Bar No. 24007359)
Jarrett E. Ganer*
(Texas Bar No. 24055520)
Kendall J. Burr*
(Texas Bar No. 24067533)

Phoenix Tower
3200 Southwest Freeway, Suite 2920
Houston, Texas 77027
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
david.mcdowell@emhllp.com
jarrett.ganer@emhllp.com
kendall.burr@emhllp.com

* Pending members of Eastern District of Michigan