**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RAIDER-DENNIS AGENCY, INC., et al,<br><br>Defendants. | **Civ. No. 2:07-cv-15324**<br><br>**consolidated with**<br><br>**Civ. No. 2:08-cv-11562**<br><br><br>**Honorable Stephen J. Murphy, III**<br><br>**Honorable Mona K. Majzoub** |

**JOINT STATEMENT OF RESOLVED AND UNRESOLVED ISSUES REGARDING MOTION BY ROSEN AND ROSEN TRUST TO COMPEL DISCOVERY FROM PHOENIX AND PHOENIX'S MOTION FOR PROTECTIVE ORDER**

Pursuant to the Court's Notice of Motion Hearing dated May 3, 2010 (Docket No. 70), the parties, including Phoenix Life Insurance Company, PHL Variable Insurance Company (collectively, "Phoenix"), Robert Rosen, and Frank J. Ellias as Trustee of the Rosen Family Irrevocable Trust (collectively, the "Rosen Parties"), hereby state the following resolved and unresolved issues relating to the Rosen Parties' Motion to Deem Admitted Requests for Admissions and to Compel Plaintiffs' Answer to First Set of Interrogatories and Requests for Production of Documents dated October 30, 2009 (Docket No. 46) and to Phoenix's Motion for Protective Order dated November 25, 2009 (Docket No. 56):

**The Rosen Parties' Motion (Docket No. 46)**

1.      The Rosen Parties moved to deem admitted its Requests for Admission Nos. 1 and 2. The parties dispute whether Phoenix's answers to those requests were timely filed and, if

they were not timely filed, whether the Rosen Parties suffered prejudice and whether the requests should be deemed admitted. These issues remain unresolved.

2. The Rosen Parties moved to compel Phoenix to serve full answers to its First Set of Interrogatories and Requests for Production of Documents and to produce 30(b)(6) witnesses for deposition. The parties dispute whether Phoenix's responses were timely filed, whether Phoenix's objections have merit, and who should bear the burden of discovery if production is compelled. These issues are unresolved.

## Phoenix's Motion (Docket No. 56)

1. Phoenix moved for a protective order as to the Rosen Parties 30(b)(6) deposition notices, interrogatories and requests for production of documents. The parties dispute whether the discovery requests would impose an undue burden upon Phoenix, whether the information sought is relevant, whether production of the requested discovery would impair third-party privacy rights, whether Phoenix's counsel sought to confer with Rosen's counsel prior to filing their motion, and whether the motion was timely filed. These issues remain unresolved.

DATED:  May 6, 2010                    Respectfully submitted,


Ellias & Elias, P.C.                   CLARK HILL PLC


By:  /s/ Christine R. Essique          By:  /s/ Matthew R. Rechtien
Christine R. Essique (P47266)          James Brenner (P11178)
33493 West Fourteen Mile Road          Matthew R. Rechtien (P71271)
Suite 80                               500 Woodward Avenue, Suite 3500
Farmington Hills, MI 48331             Detroit, Michigan 48226
cressique@e3pc.net                     (313) 965-8300
Attorneys for Defendants/              jbrenner@clarkhill.com
Counter-Plaintiffs                     Attorneys for Plaintiffs/Counter-Defendants


                                       EDISON, MCDOWELL & HETHERINGTON LLP

                                       Thomas F.A. Hetherington*
                                       (Texas Bar No. 24007359)
                                       Jarrett E. Ganer*
                                       (Texas Bar No. 24055520)
                                       Kendall J. Burr*
                                       (Texas Bar No. 24067533)

                                       Phoenix Tower
                                       3200 Southwest Freeway, Suite 2920
                                       Houston, Texas 77027
                                       Telephone: (713) 337-5580
                                       Facsimile: (713) 337-8850
                                       david.mcdowell@emhllp.com
                                       jarrett.ganer@emhllp.com
                                       kendall.burr@emhllp.com

                                       * Pending members of Eastern District of Michigan

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RAIDER-DENNIS AGENCY, INC., et al,<br><br>Defendants. | **Civ. No. 2:07-cv-15324**<br><br>**consolidated with**<br><br>**Civ. No. 2:08-cv-11562**<br><br><br>**Honorable Stephen J. Murphy, III**<br><br>**Honorable Mona K. Majzoub** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2010, I electronically filed the Joint Statement of Resolved and Unresolved Issues of Phoenix Life Insurance Company, PHL Variable Insurance Company, Robert Rosen, and Frank J. Ellias as Trustee of the Rosen Family Irrevocable Trust Regarding Motion by Rosen and Rosen Trust to Compel Discovery from Phoenix and Phoenix's Motion for Protective Order with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

CLARK HILL PLC

By:   /s/ Matthew R. Rechtien (P71271)
       500 Woodward Avenue, Suite 3500
       Detroit, Michigan 48226
       (313) 965-8300
       mrechtien@clarkhill.com
Date: May 6, 2010       Attorneys for Counter-Defendants