UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK J. ELLIAS, as Trustee of the
Rosen Family Irrevocable Trust, and
ROBERT ROSEN,

    Plaintiffs,

v.

PHOENIX LIFE INSURANCE CO.,

    Defendant.

Case No. 07-cv-15324

HONORABLE STEPHEN J. MURPHY, III

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated August 25, 2011, the case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan this 25th day of August.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2011, by electronic and/or ordinary mail.

    s/Carol Cohron
    Case Manager